# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:00-CR-88

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| **LAMONT DIGSBY** (1) ) | |
| ) | |

THIS MATTER IS BEFORE THE COURT on defendant's Motion to Reconsider Bond [doc. 28] and the Government's Opposition to Defendant's Motion [doc. 30]. Based on the response from Assistant US Attorney Michael Savage, the Court withholds any decision on defendant's request until after the Grand Jury meets during the week of May 27, 2008. Mr. Savage is requested to advise the court thereafter as to the status of any federal criminal action against Mr. Digsby.

Signed: May 6, 2008

Graham C. Mullen
United States District Judge