IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:00-CR-88 |
| *Plaintiff,* | CASE NOS. |
| | 3:08-CR-117 |
| vs. | **ORDER** |
| LAMONT DIGSBY, | **TO TRANSFER AND** |
| | **CONSOLIDATE CASES** |
| *Defendant.* | |

**THIS MATTER** is before the Court on Defendant's Motion to Transfer and Consolidate the above-referenced matters. The Court finds that the interests of justice and judicial economy warrant the consolidation of these matters.

**IT IS THEREFORE ORDERED** that the above captioned cases be joined. Case No. 3:00-CR-88 is hereby consolidated with Case No. 3:08-CR-117 and assigned to the Honorable Martin K. Reidinger.

Signed: April 7, 2009

Graham C. Mullen
United States District Judge